AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
MICAIAH JOSEPH

)
)
)
)
)
)

Case: 1:23-mj-00007
Assigned To : Harvey, G. Michael
Assign. Date : 1/11/2023
Description: Complaint W/ Arrest Warrant

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) _____ MICAIAH JOSEPH _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - (Civil Disorder)
18 U.S.C. § 1752(a)(1)- (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2)- (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(E) (Impeding Passage Through the Capitol Grounds or Buildings

Date: 01/11/2023

*G. Michael Harvey* — Digitally signed by G. Michael Harvey
Date: 2023.01.11 10:37:33 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 01/11/2023, and the person was arrested on (date) 01/18/2023
at (city and state) Triangle, Virginia

Date: 01/18/2023

*Arresting officer's signature*

Andrew Berger, SA
*Printed name and title*